# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

―――――――――

m 99-30726

―――――――――

MICHAEL J. BATTLEY,

Plaintiff-Appellant,

VERSUS

RANGER INSURANCE COMPANY,

Defendant-Appellee.

―――――――――――――

Appeal from the United States District Court
for the Middle District of Louisiana
(98-CV-658-A-M2)

―――――――――――――

April 4, 2000

Before REAVLEY, SMITH, and
  EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

The only issue on appeal is whether the district court erred as a matter of law in holding that Mississippi law, not Louisiana law, is applicable to the the interpretation of the subject motor vehicle liability insurance policy. In its Ruling on Motions for Summary Judgment, entered on June 9, 1999, the district court carefully explained that, in accordance with Louisiana's choice-of-law provisions, Mississippi is the state whose policies would be most seriously impaired if its laws were not applied here. As the court noted, the policy was issued in Mississippi to a company conducting business there, and application of Mississippi law is necessary to protect that state's policy interest in regulating its insurance industry.

The judgment is AFFIRMED, essentially for the reasons given by the district court.

―――――――――――――

  [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.